# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)**  20-17490

**Case Name**  Pangea Legal Services v. U.S. Dept. of Homeland Security

**Counsel submitting this form**  Erez Reuveni

**Represented party/parties**  Defendants - Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs challenge a final rule issued by the Departments of Homeland Security and Justice following notice and comment, Procedures for Asylum and Bars to Asylum Eligibility, 85 Fed. Reg. 67,202 (Oct. 21, 2020), alleging the rule violates the Immigration an Nationality Act and the Administrative Procedure Act.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  1  Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

> The district court enjoined the Defendants from applying the rule universally on the grounds that the rule exceeded the Defendants' statutory authority and was substantively and procedurally invalid under the Administrative Procedure Act. The issues on appeal are whether the district court correctly found the rule unlawful and correctly enjoined the rule's application universally.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

> The district court stayed proceedings at the parties' request pending resolution of this appeal.

**Signature** | / Erez Reuveni | **Date** | Jan 3, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*