No. 20-17490

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PANGEA LEGAL SERVICES, et al.
Plaintiffs-Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.
Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## APPELLANTS' EXCERPTS OF RECORD

## INDEX VOLUME

JOHN V. COGHLAN
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
PATRICK GLEN
CHRISTINA P. GREER
*Senior Litigation Counsel*
CRAIG NEWELL
*Trial Attorney*

# INDEX

## VOLUME 1 of 12

**DOCUMENT** **PAGE**

1. [Doc. No. 74] Order Converting Temporary Restraining Order into Preliminary Injunction (N.D. Cal. Nov. 24, 2020) ............................................................. 2

2. [Doc. No. 69] Order Granting Preliminary Injunction (N.D. Cal. Nov. 19, 2020) ................................................................................................................ 4

## VOLUME 2 of 12

3. [Doc. No. 21-2] Plaintiffs' Memorandum of Points and Authorities in Support of their Motion for a Temporary Restraining Order and Order to Show Cause (Nov. 3, 2020) ................................................................................................... 52

4. [Doc. No. 21-1] Complaint (Nov. 2, 2020) ................................................... 85

5. [Doc. No. 21-12] *Procedures for Asylum and Bars to Asylum Eligibility*, 85 Fed. Reg. 67,202 (Oct. 21, 2020) ................................................................. 136

6. [Doc No. 58] Excerpt of Administrative Record, National Drug Control Strategy, Office of National Drug Control Policy (Feb. 2020), AR 7731 ..... 195

7. [Doc. No. 58] Excerpt of Administrative Record, Randy Alison Aussenberg, Cong. Research Serv., R45147, *Errors and Fraud in the Supplemental Nutrition Assistance Program (SNAP)* (Sept. 28, 2018), AR 7912 ............... 239

8. [Doc. No. 58] Excerpt of Administrative Record, Ryan Devereaux, *Documents Detail ICE Campaign to Prosecute Migrant Parents as Smugglers*, The Intercept (Apr. 29, 2019), AR 7992 ............................................................ 303

9. [Doc. No. 58] Excerpt of Administrative Record, The White House, *Protecting American Communities from the Violence of MS–13* (Feb. 6, 2020), AR 8032 ................................................................................................................ 309

10. [Doc. No. 58] Excerpt of Administrative Record, Public Comments, AR 8356 ................................................................................................................ 312

## VOLUME 3 of 12

11. [Doc. No. 58] Excerpt of Administrative Record, Public Comments, AR 8395 ................................................................................................................ 352


## VOLUME 4 of 12

12. [Doc. No. 58] Excerpt of Administrative Record, Public Comments, AR 8694 ................................................................................................................652

## VOLUME 5 of 12

13. [Doc. No. 58] Excerpt of Administrative Record, Public Comments, AR 8993 ................................................................................................................952

## VOLUME 6 of 12

14. [Doc. No. 58] Excerpt of Administrative Record, Public Comments, AR 9292 ..............................................................................................................1252

## VOLUME 7 of 12

15. [Doc. No. 58] Excerpt of Administrative Record, Public Comments, AR 9591 ..............................................................................................................1552

## VOLUME 8 of 12

16. [Doc. No. 58] Excerpt of Administrative Record, Public Comments, AR 9890 ..............................................................................................................1852

## VOLUME 9 of 12

17. [Doc. No. 58] Excerpt of Administrative Record, Public Comments, AR 10189 ............................................................................................................2152

## VOLUME 10 of 12

18. [Doc. No. 58] Excerpt of Administrative Record, Public Comments, AR 10488 ............................................................................................................2452

## VOLUME 11 of 12

19. [Doc. No. 58] Excerpt of Administrative Record, Public Comments, AR 10787 ............................................................................................................2752

20. [Doc. No. 21-11] *Procedures for Asylum and Bars to Asylum Eligibility*, 84 Fed. Reg. 69,640 (Dec. 19, 2019) ...............................................................3029

## VOLUME 12 of 12

21. [Doc. No. 90] Defendants' Notice of Appeal (Dec. 23, 2020) .....................3052

22. Docket Sheet, *Pangea Legal Services et al. v. U.S. Department of Homeland Security*, 3:20-cv-7721 (N.D. Cal.) ............................................................3054

23. **Certificate of Service** ...................................................................................3079