**No. 20-17490**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

PANGEA LEGAL SERVICES, et al.
Plaintiffs-Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.
Defendants-Appellants.

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**APPELLANTS' EXCERPTS OF RECORD**

**VOL. 12 OF 12**

JOHN V. COGHLAN
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
PATRICK GLEN
CHRISTINA P. GREER
*Senior Litigation Counsel*
CRAIG NEWELL
*Trial Attorney*

JEFFREY BOSSERT CLARK
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
CHRISTINA P. GREER
*Senior Litigation Counsel*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: Christina.P.Greer@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
CRAIG NEWELL
*Trial Attorney*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Pangea Legal Services, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:20-cv-7721 |
| U.S. Dept. of Homeland Security, *et al.*, | ) |
| Defendants. | ) |

## <u>NOTICE OF APPEAL</u>

Defendants hereby appeal from the Court's Orders entered November 19, 2020 (ECF 69) and November 24, 2020 (ECF 74) in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

By: /s/ Christina P. Greer
CHRISTINA P. GREER
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: Christina.P.Greer@usdoj.gov

PATRICK GLEN
Senior Litigation Counsel

CRAIG NEWELL
Trial Attorney
Dated: December 23, 2020          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: /s/ Christina P. Greer
CHRISTINA P. GREER
Senior Litigation Counsel
United States Department of Justice
Civil Division

ADRMOP,APPEAL

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:20-cv-07721-SI

Pangea Legal Services et al v. U.S. Department of Homeland Security et al

Assigned to: Judge Susan Illston

Case in other court: USCA, 20-17490

Cause: 05:702 Administrative Procedure Act

Date Filed: 11/02/2020

Jury Demand: Plaintiff

Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision

Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Pangea Legal Services**

represented by **Sirine Shebaya**
National Immigration Project of th National Lawyers' Gu
2201 Wisconsin Ave NW, Suite 200
Washington, DC 20007
202-656-4788
Email: sirine@nipnlg.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alice A. Wang**
Sidley Austin LLP
1501 K St. N.W.
Washington, DC 20005
202-736-8470
Email: alice.wang@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chike Bascom Waugh Croslin**
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
202-736-8000
Email: ccroslin@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cristina M Velez**
National Immigration Project of the National Lawyers Guild
2201 Wisconsin Ave., N.W. Suite 200
Washington, DC 20007
347-943-1164
Email: cristina@nipnlg.org
*PRO HAC VICE*

ER-3054

*ATTORNEY TO BE NOTICED*

**Jack Woodruff Pirozzolo**
Sidley Austin LLP
60 State Street
36th Floor
Boston, MA 02109
617-223-0300
Email: jpirozzolo@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenyon Colli Hall**
Sidley Austin LLP
60 State Street
36th Floor
Boston, MA 02109
617-223-0300
Email: kenyon.hall@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leila Kang**
Immigrant Defense Project
40 W. 39th St.
5th Floor
New York, NY 10018
6467628428
Email: leila@immdefense.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nabilah Siddiquee**
Immigrant Defense Project
40 West 39th Street
5th Floor
New York, NY 10018
646-760-0591
Email: nabilah@immdefense.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip L Torrey**
Harvard Immigration and Refugee Clinical
Program
6 Everett Street
Suite 3105
Cambridge, MA 02138
United Sta
617-495-0638
Email: ptorrey@law.harvard.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

ER-3055

**Sabrineh Ardalan**
Harvard Immigration and Refugee Clinical
Program
6 Everett St
WCC 3106
Cambridge, MA 02138
617-384-7504
Email: sardalan@law.harvard.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sameer Ahmed**
Harvard Law School
Harvard Immigration and Refugee Clinical
Program
6 Everett Street, WCC 3103
Cambridge, MA 02138
617-384-0088
Email: sahmed@law.harvard.edu
*ATTORNEY TO BE NOTICED*

**Tobias Loss-Eaton**
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
202-736-8427
Fax: 202-736-8711
Email: tlosseaton@sidley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naomi Ariel Igra**
Sidley Austin LLP
555 California Street
Suite 2000
San Francisco, CA 94104
415-772-1495
Email: nigra@sidley.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dolores Street Community Services**        represented by **Sirine Shebaya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alice A. Wang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chike Bascom Waugh Croslin**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cristina M Velez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jack Woodruff Pirozzolo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenyon Colli Hall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leila Kang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nabilah Siddiquee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip L Torrey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sabrineh Ardalan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sameer Ahmed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tobias Loss-Eaton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naomi Ariel Igra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **Catholic Legal Immigration Network, Inc.** | represented by | **Sirine Shebaya**<br>(See above for address) |

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alice A. Wang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chike Bascom Waugh Croslin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cristina M Velez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jack Woodruff Pirozzolo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenyon Colli Hall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leila Kang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nabilah Siddiquee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip L Torrey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sabrineh Ardalan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sameer Ahmed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tobias Loss-Eaton**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naomi Ariel Igra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Capital Area Immigrants' Rights
Coalition**

represented by **Sirine Shebaya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alice A. Wang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chike Bascom Waugh Croslin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cristina M Velez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jack Woodruff Pirozzolo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenyon Colli Hall**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leila Kang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nabilah Siddiquee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip L Torrey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sabrineh Ardalan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sameer Ahmed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tobias Loss-Eaton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naomi Ariel Igra**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. Department of Homeland Security**          represented by   **Erez R. Reuveni**
United States Department of Justice, Civil
Division
Office of Immigration Litigation
450 5th Street NW
Washington, DC 20530
(202) 307-4293
Fax: (202) 305-7000
Email: erez.r.reuveni@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina P Greer**
U.S. Department of Justice
Civil Division, Office of Immigration
Litigation
P.O. Box 878
Washington, DC 20044
202-598-8770
Email: christina.p.greer@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Craig Alan Newell , Jr.**
U.S. Department of Justice
Civil Division, Office of Immigration
Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
United Sta
202-514-0298

Email: Craig.Newell@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Scott G. Stewart**
U.S. Department of Justice
Office of Immigration Litigation, Civil
Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
202-307-6482
Email: scott.g.stewart@usdoj.gov
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chad F. Wolf**
*under the title of Acting Secretary of
Homeland Security*

represented by **Erez R. Reuveni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina P Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Alan Newell , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott G. Stewart**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth T. Cuccinelli**
*under the title of Senior Official Performing
the Duties of The Deputy Secretary of the
Department of Homeland Security*

represented by **Erez R. Reuveni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina P Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Alan Newell , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott G. Stewart**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Citizenship and Immigration Services**      represented by    **Erez R. Reuveni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina P Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Alan Newell , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott G. Stewart**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Immigration and Customs Enforcement**      represented by    **Erez R. Reuveni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina P Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Alan Newell , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott G. Stewart**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tony H. Pham**
*under the title of Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*      represented by    **Erez R. Reuveni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina P Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Alan Newell , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott G. Stewart**
(See above for address)

ER-3062

*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Customs and Border Protection**    represented by    **Erez R. Reuveni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina P Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Alan Newell , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott G. Stewart**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark A Morgan**
*under the title of Senior Official Performing*
*the Duties of the Commissioner of U.S.*
*Customs and Border Protection*    represented by    **Erez R. Reuveni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina P Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Alan Newell , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott G. Stewart**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Department of Justice**    represented by    **Erez R. Reuveni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina P Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Alan Newell , Jr.**
(See above for address)

ER-3063

*ATTORNEY TO BE NOTICED*

**Scott G. Stewart**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William P. Barr**      represented by   **Erez R. Reuveni**
*Under the title of U.S. Attorney General*            (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina P Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Alan Newell , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott G. Stewart**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Executive Office for Immigration Review**     represented by   **Erez R. Reuveni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina P Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Alan Newell , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott G. Stewart**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James McHenry**      represented by   **Erez R. Reuveni**
*under the title of Director of the Executive*        (See above for address)
*Office for Immigration Review*            *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina P Greer**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Craig Alan Newell , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott G. Stewart**
(See above for address)
*TERMINATED: 01/14/2021*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Immigration Equality**               represented by **Austin W Manes**
                                        Kramer Levin Naftalis & Frankel, LLP
                                        990 Marsh Road
                                        Menlo Park, CA 94025
                                        650-752-1718
                                        Email: amanes@kramerlevin.com *(Inactive)*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Amicus**

**Immigration Law Professors**          represented by **Susan Marie Krumplitsch**
                                        DLA Piper LLP (US)
                                        2000 University Avenue
                                        East Palo Alto, CA 94303
                                        650-833-2440
                                        Fax: 650-687-1230
                                        Email: susan.krumplitsch@us.dlapiper.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Adam James Pie**
                                        DLA Piper LLP (US)
                                        6225 Smith Avenue
                                        Baltimore, MD 21209
                                        (410) 580-3000
                                        Email: adam.pie@us.dlapiper.com
                                        *PRO HAC VICE*
                                        *ATTORNEY TO BE NOTICED*

                                        **Cameron Ailes Fine**
                                        DLA Piper LLP (US)
                                        2525 E. Camelback Rd.
                                        Suite 1000
                                        Phoenix, AZ 85016
                                        480-606-5132
                                        Fax: 480-606-5101
                                        Email: cameron.fine@dlapiper.com
                                        *PRO HAC VICE*
                                        *ATTORNEY TO BE NOTICED*

ER-3065

**Ellen Scordino**
DLA Piper LLP US
33 Arch Street
26th Floor
Boston, MA 02110-1447
617-406-6085
Email: ellen.scordino@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Peter Simon Margulies**
Roger Williams University School of Law
10 Metacom Avenue
Bristol, RI 02806
401-258-6086
Email: pmargulies@rwu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shoba Wadhia**
Penn State Law
329 Innovation Blvd
Suite 118
University Park, PA 16802
814-865-3823
Email: SSW11@psu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Immigration Legal Services Organizations**                    represented by **Joel Anderson Fleming**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: joel@blockleviton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Godles Milgroom**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: lauren@blockleviton.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 11/02/2020 | 1 | COMPLAINT *For Declaratory And Injunctive Relief And Administrative Procedure Act Case* against All Defendants ( Filing fee $ 400, receipt number 0971-15143536.). Filed byCatholic Legal Immigration Network, Inc., Dolores Street Community Services, Capital Area Immigrants' Rights Coalition, Pangea Legal Services. (Attachments: # 1 Civil Cover Sheet)(Igra, Naomi) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 2 | Proposed Summons. (Igra, Naomi) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 3 | Corporate Disclosure Statement by Pangea Legal Services (Igra, Naomi) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 4 | Corporate Disclosure Statement by Dolores Street Community Services (Igra, Naomi) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 5 | Corporate Disclosure Statement by Catholic Legal Immigration Network, Inc. (Igra, Naomi) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 6 | Corporate Disclosure Statement by Capital Area Immigrants' Rights Coalition (Igra, Naomi) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 7 | Case assigned to Magistrate Judge Sallie Kim.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 11/16/2020. (anjS, COURT STAFF) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 8 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15144096.) filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Wang, Alice) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 9 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15144207.) filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Loss-Eaton, Tobias) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 10 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15144261.) filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Croslin, Chike) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 11 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15144642.) filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Attachments: # 1 Exhibit Certificate of good standing)(Shebaya, Sirine) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 12 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15144868.) filed by Capital Area Immigrants' Rights Coalition, Catholic Legal |

| | | |
|---|---|---|
| | | Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Siddiquee, Nabilah) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 13 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services.. (Igra, Naomi) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 14 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15145030.) filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Kang, Leila) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 15 | **\*\*\* ERRONEOUS ENTRY. SEE 17 \*\*\* MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15145027.) filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Velez, Cristina) (Filed on 11/2/2020) Modified on 11/3/2020 (mclS, COURT STAFF). (Entered: 11/02/2020)** |
| 11/03/2020 | 16 | Amended MOTION for leave to appear in Pro Hac Vice *Corrected motion for leave to appear in Pro Hac Vice* ( Filing fee $ 310, receipt number 0971-15144642.) Filing fee previously paid on November 2, 2020 filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Attachments: # 1 Exhibit Certificate of good standing)(Shebaya, Sirine) (Filed on 11/3/2020) (Entered: 11/03/2020) |
| 11/03/2020 | 17 | \*\*\* ERRONEOUS ENTRY \*\*\* MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15145027.) *Corrected 15 motion for leave to appear in Pro Hac Vice* filed byCapital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Related document(s) 15 ) (Velez, Cristina) (Filed on 11/3/2020) Modified on 11/3/2020 (mclS, COURT STAFF). Modified on 11/5/2020 (mclS, COURT STAFF). (Entered: 11/03/2020) |
| 11/03/2020 | 18 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 1/25/2021. Initial Case Management Conference set for 2/1/2021 01:30 PM. (mclS, COURT STAFF) (Filed on 11/3/2020) (Entered: 11/03/2020)** |
| 11/03/2020 | 19 | Summons Issued as to William P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, James McHenry, Mark A Morgan, Tony H. Pham, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration and Customs Enforcement and Chad F. Wolf.(mclS, COURT STAFF) (Entered: 11/03/2020) |
| 11/03/2020 | | Electronic filing error. Incorrect event used. **The correct event is the MOTION category. Renotice motion hearing is an event only for renoticing a hearing date.** [err101]Corrected by Clerk's Office. No further action is necessary. Re: 17 Renotice motion hearing re 15 MOTION for leave to appear in Pro Hac Vice filed by Dolores Street Community Services, Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Pangea Legal Services. (mclS, COURT STAFF) (Filed on 11/3/2020) (Entered: 11/03/2020) |
| 11/03/2020 | 20 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned. |

| | | |
|---|---|---|
| | | ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED. <br><br> *This is a text only docket entry; there is no document associated with this notice.* (mklS, COURT STAFF) (Filed on 11/3/2020) (Entered: 11/03/2020) |
| 11/03/2020 | 21 | MOTION for Temporary Restraining Order filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Attachments: # 1 Complaint, # 2 Memorandum of Points and Authorities, # 3 Proposed Order, # 4 Certificate Regarding Notice to Defendants of Ex Parte Motion, # 5 Exhibit A (Declaration of Etan Newman), # 6 Exhibit B (Declaration of Katherine Mahoney), # 7 Exhibit C (Declaration of Michelle N. Mendez), # 8 Exhibit D (Declaration of Claudia Cubas), # 9 Declaration Naomi Igra, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhibit G)(Igra, Naomi) (Filed on 11/3/2020) (Entered: 11/03/2020) |
| 11/04/2020 | 22 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Susan Illston for all further proceedings. Magistrate Judge Sallie Kim no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by Clerk on 11/4/20. (Attachments: # 1 Notice of Eligibility for Video Recording)(asS, COURT STAFF) (Filed on 11/4/2020) (Entered: 11/04/2020)** |
| 11/04/2020 | 23 | **Order by Judge Susan Illston denying 10 Motion for Pro Hac Vice of Chike Croslin, the bar number on the Pro Hac Vice Application does not match any attorney admitted to this district. Please resubmit a corrected Motion for Pro Hac Vice. No additional payments needed, please use the original receipt number for Motion 10 . *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ecS, COURT STAFF) (Filed on 11/4/2020) (Entered: 11/04/2020)** |
| 11/04/2020 | 24 | **ORDER DIRECTING PLAINTIFFS TO PROVIDE NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER; SETTING FURTHER DATES (Illston, Susan) (Filed on 11/4/2020) (Entered: 11/04/2020)** |
| 11/05/2020 | 25 | CLERKS NOTICE SETTING ZOOM HEARING. Temporary Restraining Order Hearing set for 11/18/2020 at 11:00 AM. Opposition due by 11/10/2020. Replies due by 11/13/2020. This proceeding will be held via a Zoom webinar. <br><br> **Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/si <br><br> **Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at sicrd@cand.uscourts.gov no later than November 16, 2020 at 2:00 PM PST. <br><br> **General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. <br><br> **Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. <br><br> Set/Reset Deadlines as to 24 Order, 21 MOTION for T emporary Restraining Order . Temporary Restraining Order Hearing set for 11/18/2020 11:00 AM. Responses due by 11/10/2020. Replies due by 11/13/2020. *(This is a text-only entry generated by the court.* |

| | | |
|---|---|---|
| | | *There is no document associated with this entry.*) (ecS, COURT STAFF) (Filed on 11/5/2020) (Entered: 11/05/2020) |
| 11/05/2020 | 26 | NOTICE of Appearance by Christina P Greer (Greer, Christina) (Filed on 11/5/2020) (Entered: 11/05/2020) |
| 11/05/2020 | 27 | NOTICE of Appearance by Erez R. Reuveni (Reuveni, Erez) (Filed on 11/5/2020) (Entered: 11/05/2020) |
| 11/05/2020 | 28 | **Order by Judge Susan Illston granting 8 Motion for Pro Hac Vice of Alice A. Wang. (ecS, COURT STAFF) (Filed on 11/5/2020) (Entered: 11/05/2020)** |
| 11/05/2020 | 29 | **Order by Judge Susan Illston granting 14 Motion for Pro Hac Vice of Leila Kang. (ecS, COURT STAFF) (Filed on 11/5/2020) (Entered: 11/05/2020)** |
| 11/05/2020 | 30 | **Order by Judge Susan Illston granting 12 Motion for Pro Hac Vice of Nabilah Siddiquee.(ecS, COURT STAFF) (Filed on 11/5/2020) (Entered: 11/05/2020)** |
| 11/05/2020 | 31 | **Order by Judge Susan Illston granting 16 Motion for Pro Hac Vice of Sirine Shebaya. (ecS, COURT STAFF) (Filed on 11/5/2020) (Entered: 11/05/2020)** |
| 11/05/2020 | 32 | **Order by Judge Susan Illston granting 9 Motion for Pro Hac Vice of Tobias S. Loss-Eaton.(ecS, COURT STAFF) (Filed on 11/5/2020) (Entered: 11/05/2020)** |
| 11/05/2020 | | Electronic filing error. Incorrect event used. **The correct event is Motion for Pro Hac Vice, NOT Motion for Miscellaneous Relief.** [err101]This filing will not be process ed by the clerks office.Please re-file in its entirety. Re: 17 MOTION filed by Dolores Street Community Services, Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Pangea Legal Services. (mclS, COURT STAFF) (Filed on 11/5/2020) (Entered: 11/05/2020) |
| 11/05/2020 | 33 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15144261.) Filing fee previously paid on 11/2/2020 filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Croslin, Chike) (Filed on 11/05/2020) (Entered: 11/05/2020) |
| 11/05/2020 | 34 | **Order by Judge Susan Illston granting 33 Motion for Pro Hac Vice of Chike Croslin. (ecS, COURT STAFF) (Filed on 11/5/2020) (Entered: 11/05/2020)** |
| 11/05/2020 | 35 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15157868.) filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Hall, Kenyon) (Filed on 11/5/2020) (Entered: 11/05/2020) |
| 11/05/2020 | 36 | Amended MOTION for leave to appear in Pro Hac Vice *Corrected motion for leave to appear in Pro Hac Vice* ( Filing fee $ 310, receipt number 0971-15145027.) Filing fee previously paid on 11/02/2020 filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Velez, Cristina) (Filed on 11/5/2020) (Entered: 11/05/2020) |
| 11/05/2020 | 37 | Renotice motion hearing re 21 MOTION for Temporary Restraining Order *Plaintiffs' Notice of Court's Order And Notice of Motion for Temporary Restraining Order, Preliminary Injunction, And Stay, And Memorandum Of Points and Authorities In Support* filed byCapital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Related document(s) 21 ) (Igra, Naomi) (Filed on 11/5/2020) (Entered: 11/05/2020) |
| 11/05/2020 | 38 | **Order by Judge Susan Illston granting 36 Motion for Pro Hac Vice of Cristina Velez.** |

ER-3070

| | | (ecS, COURT STAFF) (Filed on 11/5/2020) (Entered: 11/05/2020) |
|---|---|---|
| 11/05/2020 | [39](#) | **Order by Judge Susan Illston granting [35](#) Motion for Pro Hac Vice of Kenyon Hall. (ecS, COURT STAFF) (Filed on 11/5/2020) (Entered: 11/05/2020)** |
| 11/06/2020 | [40](#) | NOTICE of Appearance by Sameer Ahmed (Ahmed, Sameer) (Filed on 11/6/2020) (Entered: 11/06/2020) |
| 11/06/2020 | [41](#) | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15162227.) filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Pirozzolo, Jack) (Filed on 11/6/2020) (Entered: 11/06/2020) |
| 11/06/2020 | [42](#) | CERTIFICATE OF SERVICE by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services re [1](#) Complaint, [19](#) Summons Issued as to USA, *and Other New Case Documents* (Igra, Naomi) (Filed on 11/6/2020) (Entered: 11/06/2020) |
| 11/06/2020 | [43](#) | CERTIFICATE OF SERVICE by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services re 25 Clerk's Notice Setting Zoom Hearing.,,,,,,, Set Motion and Deadlines/Hearings,,,,,, [22](#) Order Reassigning Case,,, Case Assigned/Reassigned,, [21](#) MOTION for Temporary Restraining Order , [24](#) Order, [37](#) Renotice motion hearing, *And Other New Case Documents* (Igra, Naomi) (Filed on 11/6/2020) (Entered: 11/06/2020) |
| 11/06/2020 | [44](#) | **Order by Judge Susan Illston granting [41](#) Motion for Pro Hac Vice of Jack W. Pirozzolo.(ecS, COURT STAFF) (Filed on 11/6/2020) (Entered: 11/06/2020)** |
| 11/09/2020 | [45](#) | NOTICE of Appearance by Craig Alan Newell, Jr (Newell, Craig) (Filed on 11/9/2020) (Entered: 11/09/2020) |
| 11/10/2020 | [46](#) | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15176385.) filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Ardalan, Sabrineh) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/10/2020 | [47](#) | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-15176445.) filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Torrey, Philip) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/10/2020 | [48](#) | Amicus Curiae APPEARANCE entered by Susan Marie Krumplitsch on behalf of Immigration Law Professors. (Krumplitsch, Susan) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/10/2020 | [49](#) | **Order by Judge Susan Illston granting [46](#) Motion for Pro Hac Vice of Sabrineh Ardalan.(ecS, COURT STAFF) (Filed on 11/10/2020) (Entered: 11/10/2020)** |
| 11/10/2020 | [50](#) | **Order by Judge Susan Illston granting [47](#) Motion for Pro Hac Vice of Philip L. Torrey.(ecS, COURT STAFF) (Filed on 11/10/2020) (Entered: 11/10/2020)** |
| 11/10/2020 | [51](#) | NOTICE of Appearance by Joel Anderson Fleming (Fleming, Joel) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/10/2020 | [52](#) | MOTION for leave to appear in Pro Hac Vice *(Peter Margulies)* ( Filing fee $ 310, receipt number 0971-15177067.) filed by Immigration Law Professors. (Attachments: # [1](#) Certificate/Proof of Service Certificate of Good Standing)(Margulies, Peter) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/10/2020 | [53](#) | MOTION for Leave to File *Amicus Brief* filed by Immigration Legal Services |

ER-3071

| | | |
|---|---|---|
| | | Organizations. (Attachments: # 1 Exhibit)(Fleming, Joel) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/10/2020 | 54 | Certificate of Interested Entities by Immigration Legal Services Organizations (Fleming, Joel) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/10/2020 | 55 | MOTION for leave to appear in Pro Hac Vice *of Shoba Sivaprasad Wadhia* ( Filing fee $ 310, receipt number 0971-15177186.) filed by Immigration Law Professors. (Attachments: # 1 Certificate/Proof of Service MD Certificate of Good Standing, # 2 Certificate/Proof of Service NJ Certificate of Good Standing)(Wadhia, Shoba) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/10/2020 | 56 | MOTION for Leave to File *Brief of Immigration Professors as Amici Curiae in Support of Plaintiffs' Motion for a Temporary Restraining Order* filed by Immigration Law Professors. (Attachments: # 1 Brief)(Krumplitsch, Susan) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/10/2020 | 57 | OPPOSITION/RESPONSE (re 21 MOTION for Temporary Restraining Order ) filed byWilliam P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, James McHenry, Mark A Morgan, Tony H. Pham, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf. (Reuveni, Erez) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/10/2020 | 58 | NOTICE by William P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, James McHenry, Mark A Morgan, Tony H. Pham, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf *OF FILING OF ADMINISTRATIVE RECORD* (Attachments: # 1 Exhibit EOIR Certification, # 2 Exhibit DHS Certification, # 3 Exhibit Record (Part 1), # 4 Exhibit Record (Part 2), # 5 Exhibit Record (Part 3), # 6 Exhibit Record (Part 4), # 7 Exhibit Record (Part 5), # 8 Exhibit Record (Part 6), # 9 Exhibit Record (Part 7), # 10 Exhibit Record (Part 8), # 11 Exhibit Record (Part 9), # 12 Exhibit Record (Part 10), # 13 Exhibit Record (Part 11))(Greer, Christina) (Filed on 11/10/2020) (Entered: 11/10/2020) |
| 11/11/2020 | 59 | NOTICE by William P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, James McHenry, Mark A Morgan, Tony H. Pham, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf *concerning other cases* (Reuveni, Erez) (Filed on 11/11/2020) (Entered: 11/11/2020) |
| 11/12/2020 | 60 | **Order by Judge Susan Illston granting 52 Motion for Pro Hac Vice of Peter Margulies.(ecS, COURT STAFF) (Filed on 11/12/2020) (Entered: 11/12/2020)** |
| 11/12/2020 | 61 | **Order by Judge Susan Illston granting 55 Motion for Pro Hac Vice of Shoba Sivaprasad Wadhia.(ecS, COURT STAFF) (Filed on 11/12/2020) (Entered: 11/12/2020)** |
| 11/12/2020 | 62 | **ORDER GRANTING LEAVE FOR AMICI TO FILE BRIEFS; GRANTING DEFENDANTS LEAVE TO FILE SUR-REPLY granting 53 Motion for Leave to File; granting 56 Motion for Leave to File. (Illston, Susan) (Filed on 11/12/2020) (Entered: 11/12/2020)** |
| 11/13/2020 | 63 | CLERKS NOTICE CHANGING TIME OF MOTION FOR TEMPORARY RESTRAINING ORDER 21 . Motion Hearing set for 11/18/2020 at 02:00 PM before Judge Susan Illston. This proceeding will be held via a Zoom webinar. |

**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/si

**Court Appearances:** Advanced notice is required of counsel or parties w ho wish to be identified by the court who will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at sicrd@cand.uscourts.gov no later than November 16, 2020 at 2:00 PM PST. The Court is requesting that only persons making arguments during the hearing register.

**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.

**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.

Motion Hearing set for 11/18/2020 02:00 PM in San Francisco, Courtroom 01, 17th Floor before Judge Susan Illston. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ecS, COURT STAFF) (Filed on 11/13/2020) (Entered: 11/13/2020)

| | | |
|---|---|---|
| 11/13/2020 | 64 | NOTICE of Appearance by Scott G. Stewart (Stewart, Scott) (Filed on 11/13/2020) (Entered: 11/13/2020) |
| 11/13/2020 | 65 | MOTION for leave to appear in Pro Hac Vice *(Cameron Fine)* ( Filing fee $ 310, receipt number 0971-15189429.) filed by Immigration Law Professors. (Attachments: # 1 Certificate of Good Standing)(Fine, Cameron) (Filed on 11/13/2020) (Entered: 11/13/2020) |
| 11/13/2020 | 66 | RESPONSE re 62 Order on Motion for Leave to File, by William P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, James McHenry, Mark A Morgan, Tony H. Pham, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf. (Reuveni, Erez) (Filed on 11/13/2020) (Entered: 11/13/2020) |
| 11/13/2020 | 67 | **Order by Judge Susan Illston granting 65 Motion for Pro Hac Vice of Cameron Fine. (ecS, COURT STAFF) (Filed on 11/13/2020) (Entered: 11/13/2020)** |
| 11/13/2020 | 68 | REPLY (re 21 MOTION for Temporary Restraining Order ) filed byCapital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Attachments: # 1 Declaration of Naomi Igra, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Igra, Naomi) (Filed on 11/13/2020) (Entered: 11/13/2020) |
| 11/18/2020 | 71 | **Minute Entry for proceedings held on 11/18/2020 before Judge Susan Illston regarding Plaintiffs' motion for temporary restraining order. Hearing held. Motion taken under submission. Court Reporter: Ana Dub. (shyS, COURT STAFF) (Date Filed: 11/18/2020) (Entered: 11/19/2020)** |
| 11/19/2020 | 69 | **ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION granting 21 Motion for TRO. (Illston, Susan) (Filed on 11/19/2020) (Entered: 11/19/2020)** |
| 11/19/2020 | 70 | CLERKS NOTICE SETTING ZOOM HEARING. Order to Show Cause Hearing set for 12/9/2020 at 02:00 PM. This proceeding will be held via a Zoom webinar. |

|  |  | **Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/si<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appea rance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at sicrd@cand.uscourts.gov no later than December 2, 2020 at 2:00 PM PST.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Order to Show Cause Hearing set for 12/9/2020 02:00 PM. (Related documents(s) 69 ) *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ecS, COURT STAFF) (Filed on 11/19/2020) (Entered: 11/19/2020) |
| 11/20/2020 | 72 | TRANSCRIPT ORDER for proceedings held on 11/18/2020 before Judge Susan Illston by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services, for Court Reporter Ana Dub. (Igra, Naomi) (Filed on 11/20/2020) (Entered: 11/20/2020) |
| 11/23/2020 | 73 | Joint Statement re 69 Order on Motion for TRO *concerning further briefing, if any* by William P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, James McHenry, Mark A Morgan, Tony H. Pham, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf. (Reuveni, Erez) (Filed on 11/23/2020) Modified on 11/24/2020 (mclS, COURT STAFF). (Entered: 11/23/2020) |
| 11/24/2020 | 74 | **ORDER CONVERTING TRO TO PRELIMINARY INJUNCTION; SETTING STATUS CONFERENCE (Illston, Susan) (Filed on 11/24/2020) (Entered: 11/24/2020)** |
| 11/24/2020 |  | Set Deadlines/Hearings: Case Management Statement due by 12/15/2020. Initial Case Management Conference set for 12/22/2020 11:00 AM. (mclS, COURT STAFF) (Filed on 11/24/2020) (Entered: 11/25/2020) |
| 11/25/2020 | 75 | First MOTION for leave to appear in Pro Hac Vice *Ellen Scordino's Application for Admission of Attorney Pro Hac Vice* ( Filing fee $ 310, receipt number 0971-15239988.) filed by Immigration Law Professors. (Attachments: # 1 Supplement Certificate of Admission and Good Standing)(Scordino, Ellen) (Filed on 11/25/2020) (Entered: 11/25/2020) |
| 11/27/2020 | 76 | CLERKS NOTICE SETTING TELEPHONIC HEARING. Initial Case Management Conference set for 12/22/2020 at 11:00 AM - Telephonic Only. Joint Case Management Statement due by 12/15/2020.<br><br>This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/<br><br>All counsel, members of the public and press please use the following dial-in information below to access the conference line: |

Dial In: 1-888-684-8852

Access Code: 5862990

The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.

PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.

Initial Case Management Conference set for 12/22/2020 11:00 AM in San Francisco, - Telephonic Only. (Related documents(s) 74 ) *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ecS, COURT STAFF) (Filed on 11/27/2020) (Entered: 11/27/2020)

| 11/27/2020 | 77 | **Order by Judge Susan Illston granting 75 Motion for Pro Hac Vice of Ellen Scordino. (ecS, COURT STAFF) (Filed on 11/27/2020) (Entered: 11/27/2020)** |
| 11/30/2020 | 78 | First MOTION for leave to appear in Pro Hac Vice *Adam Pie's Application for Admission of Attorney Pro Hac Vice* ( Filing fee $ 310, receipt number 0971-15252092.) filed by Immigration Law Professors. (Attachments: # 1 Supplement Certificate of Good Standing) (Pie, Adam) (Filed on 11/30/2020) (Entered: 11/30/2020) |
| 11/30/2020 | 79 | **Order by Judge Susan Illston granting 78 Motion for Pro Hac Vice of Adam Pie.(ecS, COURT STAFF) (Filed on 11/30/2020) (Entered: 11/30/2020)** |
| 11/30/2020 | 80 | STIPULATION WITH PROPOSED ORDER *TO EXTEND TIME AND CONTINUE CASE MANAGEMENT CONFERENCE* filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Attachments: # 1 Proposed Order)(Igra, Naomi) (Filed on 11/30/2020) (Entered: 11/30/2020) |
| 11/30/2020 | 81 | **Order by Judge Susan Illston granting 80 Stipulation to Extend Time and Continue Case Management Conference. Initial Case Management Conference set for 1/22/2021 at 02:30 PM - Telephonic Only. Joint Case Management Statement due by 1/15/2021. (ecS, COURT STAFF) (Filed on 11/30/2020) (Entered: 11/30/2020)** |
| 11/30/2020 | 82 | CLERKS NOTICE SETTING TELEPHONIC HEARING. Initial Case Management Conference set for 1/22/2021 at 02:30 PM - Telephonic Only. Joint Case Management Statement due by 1/15/2021.<br><br>This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/<br><br>All counsel, members of the public and press please use the following dial-in information below to access the conference line:<br><br>Dial In: 1-888-684-8852<br><br>Access Code: 5862990 |

ER-3075

| | | |
|---|---|---|
| | | The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.<br><br>PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.<br><br>Initial Case Management Conference set for 1/22/2021 02:30 PM in San Francisco, - Telephonic Only. (Related documents(s) 81 ) *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ecS, COURT STAFF) (Filed on 11/30/2020) (Entered: 11/30/2020) |
| 12/04/2020 | 83 | Transcript of REMOTE ZOOM VIDEOCONFERENCE Proceedings held on 11/18/2020, before Judge Susan Illston. Court Reporter Ana M. Dub, CSR 7445, RDR, CRR, telephone number 415-290-1651; ana_dub@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 72 Transcript Order, ) Release of Transcript Restriction set for 3/4/2021. (Related documents(s) 72 ) (amdS, COURT STAFF) (Filed on 12/4/2020) (Entered: 12/04/2020) |
| 12/21/2020 | 84 | DMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED filed by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Attachments: #(1) Declaration of Naomi A. Igra In Support of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, #(2) [Proposed] Order)(Igra, Naomi) (Filed on 12/21/2020) (Entered: 12/21/2020) |
| 12/21/2020 | 85 | ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL L.R. 3-12. [Civil L.R. 7-11] filed by Immigration Equality. Responses due by 12/28/2020. (Attachments: # 1 Declaration of Jennifer C. Pizer in Support of Immigration Equality's Administrative Motion, # 2 Exhibit Exhibit 1 to Pizer Declaration, # 3 Exhibit Exhibit 2 to Pizer Declaration, # 4 Proposed Order [Proposed] Order Granting Administrative Motion to Consider Whether Cases Should Be Related Under Civil L.R. 3-12, # 5 Certificate/Proof of Service Proof of Service)(Manes, Austin) (Filed on 12/21/2020) (Entered: 12/21/2020) |
| 12/22/2020 | 86 | OPPOSITION/RESPONSE (re 85 ADMINISTRATIVE MOTION Determination of Related Cases *Under Civil L.R. 3-12*, 84 MOTION to Relate Case ) filed byWilliam P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, James McHenry, Mark A Morgan, Tony H. Pham, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf. (Greer, Christina) (Filed on 12/22/2020) (Entered: 12/22/2020) |
| 12/23/2020 | 87 | REPLY (re 84 MOTION to Relate Case ) filed byCapital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal Services. (Igra, Naomi) (Filed on 12/23/2020) (Entered: 12/23/2020) |
| 12/23/2020 | 88 | CERTIFICATE OF SERVICE by Capital Area Immigrants' Rights Coalition, Catholic Legal Immigration Network, Inc., Dolores Street Community Services, Pangea Legal |

| | | |
|---|---|---|
| | | Services re 84 MOTION to Relate Case (Igra, Naomi) (Filed on 12/23/2020) (Entered: 12/23/2020) |
| 12/23/2020 | 89 | **ORDER DENYING MOTIONS TO RELATE denying 84 Motion to Relate Case; denying 85 Administrative Motion. (Illston, Susan) (Filed on 12/23/2020) (Entered: 12/23/2020)** |
| 12/23/2020 | 90 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by William P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, Tony H. Pham, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf. Appeal of Order 74 , Order on Motion for TRO 69 (Appeal fee FEE WAIVED.) (Greer, Christina) (Filed on 12/23/2020) (Entered: 12/23/2020) |
| 12/23/2020 | 91 | Emergency MOTION to Stay re 74 Order *Granting Preliminary Injunction* filed by William P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, James McHenry, Mark A Morgan, Tony H. Pham, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf. Motion Hearing set for 1/29/2021 10:00 AM before Judge Susan Illston. Responses due by 1/6/2021. Replies due by 1/13/2021. (Attachments: # 1 Exhibit A, Declaration of Jill W. Anderson, # 2 Exhibit B, Declaration of Andrew Davidson)(Greer, Christina) (Filed on 12/23/2020) (Entered: 12/23/2020) |
| 12/23/2020 | 92 | Emergency MOTION to Shorten Time *for Decision on Motion to Stay Order Pending Appeal* filed by William P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, Tony H. Pham, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf. (Greer, Christina) (Filed on 12/23/2020) (Entered: 12/23/2020) |
| 12/23/2020 | 93 | Consent MOTION to Stay *Proceedings Pending Appeal* filed by William P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, James McHenry, Mark A Morgan, Tony H. Pham, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf. Motion Hearing set for 1/29/2021 10:00 AM before Judge Susan Illston. Responses due by 1/6/2021. Replies due by 1/13/2021. (Greer, Christina) (Filed on 12/23/2020) (Entered: 12/23/2020) |
| 12/28/2020 | 94 | USCA Case Number 20-17490 for 90 Notice of Appeal to the Ninth Circuit, filed by U.S. Department of Homeland Security, U.S. Customs and Border Protection, William P. Barr, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf, U.S. Citizenship and Immigration Services, Kenneth T. Cuccinelli, Executive Office for Immigration Review, Tony H. Pham. (mclS, COURT STAFF) (Filed on 12/28/2020) (Entered: 12/28/2020) |
| 12/28/2020 | 95 | **ORDER ON DEFENDANTS' MOTIONS TO STAY denying 91 Motion to Stay; granting 92 Motion to Shorten Time; granting 93 Motion to Stay. (Illston, Susan) (Filed on 12/28/2020) (Entered: 12/28/2020)** |
| 12/28/2020 | 96 | CLERK'S NOTICE VACATING INITIAL CASE MANAGEMENT CONFERENCE pursuant to ORDER ON DEFENDANTS' MOTIONS TO STAY 95 . *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ecS, COURT STAFF) (Filed on 12/28/2020) (Entered: 12/28/2020) |
| 12/28/2020 | 97 | ORDER of USCA as to 90 Notice of Appeal to the Ninth Circuit, filed by U.S. |

ER-3077

| | | |
|---|---|---|
| | | Department of Homeland Security, U.S. Customs and Border Protection, William P. Barr, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf, U.S. Citizenship and Immigration Services, Kenneth T. Cuccinelli, Executive Office for Immigration Review, Tony H. Pham (tnS, COURT STAFF) (Filed on 12/28/2020) (Entered: 12/28/2020) |
| 01/14/2021 | 98 | NOTICE by William P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, James McHenry, Mark A Morgan, Tony H. Pham, U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration and Customs Enforcement, Chad F. Wolf *of request to withdraw attorney Scott G. Stewart* (Reuveni, Erez) (Filed on 1/14/2021) (Entered: 01/14/2021) |

| PACER Service Center | | | | |
|---|---|---|---|---|
| **Transaction Receipt** | | | | |
| 01/15/2021 08:02:09 | | | | |
| **PACER Login:** | francescagenova:5408991:4299065 | **Client Code:** | | |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cv-07721-SI | |
| **Billable Pages:** | 25 | **Cost:** | 2.50 | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I electronically filed the foregoing Excerpts of Record Index and Volumes 1-12 with the Clerk of the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By:  */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division