No. 20-17490

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PANGEA LEGAL SERVICES, et al.
Plaintiffs-Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.
Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**JOINT MOTION TO HOLD APPEAL IN ABEYANCE**

BRIAN M. BOYNTON
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
PATRICK GLEN
CHRISTINA P. GREER
*Senior Litigation Counsel*
CRAIG NEWELL
*Trial Attorney*

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 31-2.2(b), the parties jointly move this Court to hold this appeal in abeyance pending review of the rule at issue in this case, *Procedures for Asylum and Bars to Asylum Eligibility*, 85 Fed. Reg. 67,202 (Oct. 21, 2020) (Rule), by the Departments of Justice and Homeland Security. In support of this motion, the parties state as follows:

1. This case involves an Administrative Procedure Act (APA) challenge to the Executive's legal authority to issue regulations barring non-citizens convicted of certain crimes from receiving asylum under 8 U.S.C. § 1158.

2. The district court enjoined the rule nationwide, concluding that it exceeded the Departments' statutory authority and that it was arbitrary and capricious under the APA. *See Pangea Legal Servs. v. U.S. Dep't of Homeland Sec.*, No. 20-CV-07721-SI, 2020 WL 6802474, at *1 (N.D. Cal. Nov. 19, 2020).

3. The government appealed, and filed its opening brief on January 19, 2021.

4. On January 20, 2021, due to the change in administration, there was new leadership at the Departments of Justice and Homeland Security. Department leadership requests additional time so that new Department of Justice and Homeland Security officials have sufficient time to become familiar with the issues in this case.

5. In addition, the Departments indicate that the rule at issue in this appeal is under review.

1

6. Holding this appeal in abeyance will therefore allow incoming Department leadership time to consider the issues in this appeal and to review the rule.

7. Should the Court grant this motion, the government proposes to submit a status report to the Court within 90-days, updating the Court on the status of the rule.

8. Counsel for Appellees have informed undersigned counsel that they consent to and join this motion.

Respectfully submitted,

BRIAN M. BOYNTON
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
By: /s/ *Erez Reuveni*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
CHRISTINA P. GREER
*Senior Litigation Counsel*
CRAIG NEWELL
*Trial Attorney*

Dated: January 26, 2021        *Attorneys for Defendants-Appellants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2021, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

      By: */s/ Erez Reuveni*
          EREZ REUVENI
          Assistant Director
          United States Department of Justice
          Civil Division

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27 because it contains 298 words. This motion complies with the typeface and the type style requirements of Fed. R. App. P. 27 because this brief has been prepared in a proportionally spaced typeface using Word 14-point Times New Roman typeface.