UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PANGEA LEGAL SERVICES; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; et al., <br><br> Defendants - Appellants. | No. 20-17490 <br><br> D.C. No. 3:20-cv-07721-SI <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Chief Circuit Mediator by email (stephen_liacouras@ca9.uscourts.gov) should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

vs/mediation

Stephen M. Liacouras
Chief Circuit Mediator