| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JAN 28 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| PANGEA LEGAL SERVICES; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>        Defendants-Appellants. | No.   20-17490<br><br>D.C. No. 3:20-cv-07721-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellants' unopposed motion (Docket Entry No. 12) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until April 27, 2021. If no motion for further relief is filed before this date, the remaining briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo