UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



JUL 29 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PANGEA LEGAL SERVICES; et al., <br><br>     Plaintiffs-Appellees, <br><br>  v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; et al., <br><br>     Defendants-Appellants. | No.   20-17490 <br><br> D.C. No. 3:20-cv-07721-SI <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Appellants' unopposed motions (Docket Entry Nos. 18 & 23) to further stay appellate proceedings are granted in part.

Appellate proceedings are stayed until October 25, 2021. If no motion for further relief is filed before this date, the briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo