**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PANGEA LEGAL SERVICES; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; et al., <br><br> Defendants-Appellants. | No. 20-17490 <br><br> D.C. No. 3:20-cv-07721-SI <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Appellants' unopposed motion (Docket Entry No. 27) to further stay appellate proceedings is granted.

Appellate proceedings are stayed until May 25, 2022. If no motion for further relief is filed before this date, the remaining briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo