| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 9 2022<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PANGEA LEGAL SERVICES; et al.,

        Plaintiffs-Appellees,

 v.

U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,

        Defendants-Appellants.

No. 20-17490

D.C. No. 3:20-cv-07721-SI
Northern District of California,
San Francisco

ORDER

Appellants' unopposed motion (Docket Entry No. 29) to further stay appellate proceedings is granted.

Appellate proceedings are stayed until September 7, 2022. If no motion for further relief is filed before this date, the briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo