|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 14 2022 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

| | |
|---|---|
| PANGEA LEGAL SERVICES; et al., | No. 20-17490 |
| Plaintiffs-Appellees, | D.C. No. 3:20-cv-07721-SI |
| v. | Northern District of California, San Francisco |
| U.S. DEPARTMENT OF HOMELAND SECURITY; et al., | ORDER |
| Defendants-Appellants. | |

Appellants' unopposed motion (Docket Entry No. 31) to further stay appellate proceedings is granted.

Appellate proceedings are stayed until January 9, 2023. If no motion for further relief is filed before this date, the remaining briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo