| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 13 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PANGEA LEGAL SERVICES; et al.,

    Plaintiffs-Appellees,

 v.

U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,

    Defendants-Appellants.

No. 20-17490

D.C. No. 3:20-cv-07721-SI
Northern District of California,
San Francisco

ORDER

Appellants' unopposed motion (Docket Entry No. 35) to further stay appellate proceedings is granted.

Appellate proceedings are stayed until July 10, 2023. If no motion for further relief is filed before this date, the remaining briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo