|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 1 2023 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

PANGEA LEGAL SERVICES; et al.,

    Plaintiffs-Appellees,

  v.

U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,

    Defendants-Appellants.

No. 20-17490

D.C. No. 3:20-cv-07721-SI
Northern District of California,
San Francisco

ORDER

Appellants' motion (Docket Entry No. 37) to further stay appellate proceeding is granted.

Appellate proceedings are stayed until January 31, 2024. If no motion for further relief is filed before this date, the briefing schedule will be reset in a future order.

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT