**FILED**

FEB 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PANGEA LEGAL SERVICES; et al.,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>    Defendants-Appellants. | No. 20-17490<br><br>D.C. No. 3:20-cv-07721-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellants' motion (Docket Entry No. 39) to further stay appellate proceeding is granted.

Appellate proceedings are stayed until April 30, 2024. If no motion for further relief is filed before this date, the briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA146