```
                                                              FILED
         UNITED STATES COURT OF APPEALS
                                                              NOV 7 2024
             FOR THE NINTH CIRCUIT
                                                          MOLLY C. DWYER, CLERK
                                                           U.S. COURT OF APPEALS
```

| | |
|---|---|
| PANGEA LEGAL SERVICES; et al., | No. 20-17490 |
| Plaintiffs-Appellees, | D.C. No. 3:20-cv-07721-SI<br>Northern District of California,<br>San Francisco |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; et al., | ORDER |
| Defendants-Appellants. | |

This petition has been held in abeyance since January 26, 2021, pending the completion of the rule review process by the Departments of Justice (DOJ) and Homeland Security (DHS).

The Clerk will administratively close this petition. No mandate will issue in connection with this administrative closure, and this order does not constitute a decision on the merits. Within 14 days after DOJ and DHS complete the rule review process, the parties must notify this court and may move to reopen the petition or for other appropriate relief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA183